## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2008, a true and correct copy of the foregoing document was served upon the party named below via electronic means through the Court's ECF filing system, addressed as follows:

William Behe
Assistant United States Attorney
william.behe@usdoj.gov

 s/ *Joanne M. Bartley*
Joanne M. Bartley
Assistant to James J. West, Esquire