UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : No. 1:00-CR-119 |
| | : |
| | : (Kane, J.) |
| | : |
| LARNELL DEVON MORRISON, | : (Electronically Filed) |
| | : |

### ORDER

**AND NOW, to wit**, this _____ day of _____, 2008, upon due consideration of the Motion for Relief Under 18 U.S.C. §3582(c) and the Answer filed thereto by the United States Attorneys Office, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's sentence be and the same hereby is reduced to a time-served sentence. All other aspects of the original Judgment of Sentence imposed June 1, 2001 remain in effect.

_____
Yvette Kane
Chief United States District Judge