UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:00-CR-00119 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| LARNELL DEVON MORRISON | : | (Electronically Filed) |

**PRAECIPE FOR SUBSTITUTION OF COUNSEL**

By order dated February 29, 2008, the Federal Public Defender's Office was appointed to represent the above-referenced defendant in all matters addressing the crack cocaine amendment pursuant to 18 U.S.C. § 3582(c)(2). Counsel has spoken with prior court appointed counsel James J. West, Esquire, who previously represented the defendant pursuant to the Criminal Justice Act. James J. West, Esquire, has communicated to the undersigned that he will be representing the defendant in all matters pertaining to his 18 U.S.C. § 3582(c)(2) motion. Please enter the appearance of James J. West, Esquire, 105 North Front Street, Suite 205, Harrisburg, Pennsylvania 17101, telephone (717) 233-5051, in substitution of the Federal Public Defender's Office, and withdraw the appearance of the Federal Public Defender's Office in the above-captioned case.

Date: April 2, 2008

/s/Lori J. Ulrich
Lori J. Ulrich, Esquire
Assistant Federal Public Defender
Attorney ID# PA55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
<Lori.Ulrich@fd.org>
*Attorney for Larnell Devon Morrison*

# CERTIFICATE OF SERVICE

I, Heidi R. Freese, Assistant Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing **PRAECIPE FOR SUBSTITUTION OF COUNSEL,** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Martin C. Carlson, Esquire

James J. West, Esquire

William A. Behe, Esquire

Larnell Devon Morrison

Drew Thompson

Date: April 2, 2008

/s/Lori J. Ulrich
Lori J. Ulrich, Esquire
Assistant Federal Public Defender
Attorney ID# PA55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
<Lori.Ulrich@fd.org>
*Attorney for Larnell Devon Morrison*