# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Larnell Devon Morrison | )<br>)<br>) Case No: 1:00-CR-119<br>) USM No: |
| Date of Previous Judgment: 06/01/2001<br>(Use Date of Last Amended Judgment if Applicable) | ) James West<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __136__ months **is reduced to** __Time Served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __06/01/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/11/2008

*[signature]*
Judge's signature

Effective Date: 04/21/2008
(if different from order date)

Yvette Kane, Chief Judge
Printed name and title